IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:16-cv-02930-RBK-AMD |
| v. | **ORDER** |
| MATTHEW SCHWARTZ, | |
| Defendant. | |

**THIS MATTER** having come before the Court upon the motion for summary judgment and petition for a writ of replevin filed by Plaintiff, the United States of America, against the Defendant, Matthew Schwartz; and the Court having considered the moving papers as well as oral argument on September 14, 2017, and for the reasons expressed on the record on that date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's petition for a writ of replevin is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant return the painting, "Pennsylvania Farmer," within 30 days. The Government is, however, urged to acknowledge the work of Defendant Schwartz in restoring the painting, wherever the painting is ultimately displayed.

Dated:  9/14/2017     s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge